### 9946. ADAMS *v.* THE STATE.

BROYLES, P. J. The court properly overruled the demurrer to the indictment. There is no merit in the special ground of the motion for a new trial; and the defendant's conviction was amply authorized by the evidence.

         *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

              DECIDED NOVEMBER 1, 1918.

Indictment for simple larceny; from Haralson superior court—Judge Bartlett. June 10, 1918.

The indictment charged larceny of. "one yellow heifer, horns standing about straight up, about two years old, being a female, and a young cow, of the ox species, . . of the value of fifteen dollars." The grounds of the demurrer were: (1) The indictment is duplicitous; it charges in one and the same count that the animal alleged to have been stolen was a heifer, a young cow, and a male castrated of the ox species. (2) The description of the animal is so contradictory that the defendant is not put on notice as to whether he is charged with stealing a male or a female, a heifer, a young cow, or a young steer or ox. (3) The indictment charges the theft of one animal only, but the description is so contradictory that the defendant is not put on notice as to the character of the animal.

*M. J. Head, Griffith & Matthews*, for plaintiff in error.

*J. R. Hutcheson*, solicitor-general, contra.